MARK JOHNSON, SBN 135288
  Mark.Johnson@offitkurman.com
OFFIT KURMAN, P.C.
445 S. Figueroa Street, 18th Floor
Los Angeles, California 90071
Telephone: 213.629.5700
Facsimile: 213.624.9441

Attorneys for Plaintiff
UNITED STATES OF AMERICA FOR
THE USE AND BENEFIT OF MFRG
CONTRACTORS, INC.

CARNEY BADLEY SPELLMAN, PS
C. Scott Penner, (CA Bar No. 124826)
701 5th Avenue, Suite 3600
Seattle, WA 98104
Tel: (206) 622-8020
penner@carneylaw.com

Attorney for Defendants
M.A. MORTENSON COMPANY, a Minnesota corporation; FEDERAL INSURANCE COMPANY, a New Jersey corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF MFRG CONTRACTORS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>M.A. MORTENSON COMPANY, a Minnesota corporation; FEDERAL INSURANCE COMPANY, a New Jersey corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Defendants. | Case No. 5:24-cv-06122-VKD<br><br>[Assigned to Hon. P. Casey Pitts]<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF THIS ENTIRE CASE; [PROPOSED] ORDER THEREON** |

**COME NOW** Plaintiff UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF MFRG CONTRACTORS, INC. by and through its undersigned counsel, and Defendants M.A. MORTENSON COMPANY; FEDERAL INSURANCE COMPANY, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, by and through their undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees.

Respectfully submitted this 22nd day of January 2025.

OFFIT KURMAN, P.C.

By:     /s/ Mark Johnson
MARK JOHNSON
Attorneys for Plaintiff UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF MFRG CONTRACTORS, INC.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: January 22, 2025      CARNEY BADLEY SPELLMAN P.S.

By:     */S/ C. Scott Penner*
C. SCOTT PENNER
Attorneys for Defendants M.A. MORTENSON COMPANY, INC.; FEDERAL INSURANCE COMPANY, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, INC.

**PROPOSED ORDER**

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: _____            _____
                                  Honorable Virginia K. DeMarchi
                                  Judge of the United States District Court